IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
YEHOUDA MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

    Plaintiffs,

v.

ESTATE OF EVERETT LEROY PFEIFF,
LINDA PFEIFF,
EVERETT JOSEPH PFEIFF,
JONATHAN PFEIFF, and
OLDE WORLD DEVELOPMENT, LLC

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Withdraw as Counsel of Record for Plaintiffs** [Docket No. 36; Filed October 11, 2013] (the "Motion") filed by Attorneys Daniel K. Calisher ("Calisher"), Gary Lozow ("Lozow"), Daniel J. Garfield ("Garfield"), and Michael G. Milstein ("Milstein"), counsel for Plaintiffs.

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. Attorneys Calisher, Lozow, Garfield, and Milstein are relieved of any further representation of Plaintiffs in this case. The Clerk of the Court is instructed to terminate Attorneys Calisher, Lozow, Garfield, and Milstein as counsel of record, and to remove their names from the electronic certificate of mailing. Plaintiffs shall continue to be represented by Attorneys Andrew Stuart Pauly, Charles Edmond Fuller, Damon Allen Thayer, and Frank W. Visciano.

    Dated: October 11, 2013