IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
YEHOUDA MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

  Plaintiffs,

v.

ESTATE OF EVERETT LEROY PFEIFF,
LINDA PFEIFF,
EVERETT JOSEPH PFEIFF,
JONATHAN PFEIFF, and
OLDE WORLD DEVELOPMENT, LLC

  Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

  This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order to Extend Deadline for Joinder of Parties and Amendment of Pleadings** [#40][1] (the "Motion").

  IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**. The Scheduling Order entered on September 4, 2013 [#30] is amended to extend the following deadline:

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

- Deadline for Joinder of Parties and Amendment of Pleadings **November 18, 2013**

Dated:  October 16, 2013