IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
YEHOUDA MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

    Plaintiffs,

v.

ESTATE OF EVERETT LEROY PFEIFF,
LINDA PFEIFF,
EVERETT JOSEPH PFEIFF, and
JONATHAN PFEIFF,

    Defendants

OLDE WORLD DEVELOPMENT, LLC

    Defendant/Counterclaim Plaintiff

v.

ISAAC MORADI,
MORADI FAMILY TRUST, a family trust in California,
FOROUGH MORADI, as trustee of The Saeed and Forough Moradi Family Trust in California,
MIKE MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, a California limited partnership, and
610 SOUTH MAIN, LLC, a Delaware limited liability corporation,

    Counterclaim Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order [#45]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#45] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#45-1] supplied by the parties[2] is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: October 30, 2013

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

[2] The Court notes that the Moradi Family Trust was named as a Counterclaim Defendant in the Answer [#44] filed by Defendant Olde World Development, LLC on October 28, 2013, and no counsel has entered an appearance on behalf of Counterclaim Defendant Moradi Family Trust. However, Isaac Moradi, as Trustee for the Moradi Family Trust, is represented by counsel for Plaintiffs. Therefore, the Court does not believe that the Moradi Family Trust's lack of representation regarding the Motion will prejudice it in any way.