**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1447-WJM-KLM

ISAAC MORADI, Trustee of THE MORADI FAMILY TRUST,
ISAAC MORADI,
FOROUGH MORADI, Trustee of THE SAEED AND FOROUGH MORADI FAMILY TRUST,
MIKE MORADI,
YEHOUDA MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

     Plaintiffs,

v.

ESTATE OF EVERETT LEROY PFEIFF,
LINDA PFEIFF,
EVERETT JOSEPH PFEIFF,
JONATHAN PFEIFF,
OLDE WORLD DEVELOPMENT, LLC,

     Defendants.

## ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS

This matter is before the Court on the Parties' Stipulation and Joint Motion to Dismiss Claims Against Certain Defendants, filed November 4, 2013 (ECF No. 49). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulation and Joint Motion is GRANTED. Plaintiffs' claims against Defendants Everett Joseph Pfeiff and Jonathan Pfeiff are hereby DISMISSED WITHOUT PREJUDICE. Each party shall pay his or its own attorney's fees and costs..

Dated this 5th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge