IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
YEHOUDA MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

     Plaintiffs/Counterclaim Defendants,

v.

ESTATE OF EVERETT LEROY PFEIFF,
LINDA PFEIFF, individually,

     Defendants, and

OLDE WORLD DEVELOPMENT, LLC, and
LINDA PFEIFF, as personal representative of the estate of Everett Leroy Pfeiff,

     Defendants/Counterclaim Plaintiffs.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order to Extend Certain Case Deadlines and Dates** [#80][1] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#80] is **GRANTED**. The Scheduling Order entered on September 4, 2013 [#30], and amended on October 16, 2013 [#42] and January 3, 2014 [#62], is further modified to extend the following deadlines:

---

[1] "[#80]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

1

- Affirmative Expert Disclosure Deadline    **May 15, 2014**
- Rebuttal Expert Disclosure Deadline    **June 16, 2014**
- Discovery Cut-Off    **July 15, 2014**
- Dispositive Motions Deadline    **July 31, 2014**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for August 18, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **October 7, 2014** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 30, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  April 8, 2014