IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
YEHOUDA MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

      Plaintiffs/Counterclaim Defendants,

v.

ESTATE OF EVERETT LEROY PFEIFF,
LINDA PFEIFF, individually,

      Defendants, and

OLDE WORLD DEVELOPMENT, LLC, and
LINDA PFEIFF, as personal representative of the estate of Everett Leroy Pfeiff,

      Defendants/Counterclaim Plaintiffs.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendants' Motion for Determination as to Whether Attorney-Client and Work-Product Privileges Attach to Plaintiffs' Communications With and Files of Attorney Cameron Grant** [#85][1] (the "Motion") and the parties' **Stipulated Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion for Determination as to Whether Attorney-Client and Work-Product Privileges Attach to Plaintiffs' Communications With and Files of Attorney**

_____

     [1] "[#85]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

**Cameron Grant** [#89] (the "Extension Motion").

The Motion involves a disputed discovery issue.  Accordingly, the parties must follow the Court's Discovery Dispute Hearing Procedures, which are available on the Court's website.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#85] is **STRICKEN** and the Extension Motion [#89] is **DENIED as moot**.

Dated:  May 9, 2014