IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
YEHOUDA MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

    Plaintiffs/Counterclaim Defendants,

v.

ESTATE OF EVERETT LEROY PFEIFF,
LINDA PFEIFF, individually,

    Defendants, and

OLDE WORLD DEVELOPMENT, LLC, and
LINDA PFEIFF, as personal representative of the estate of Everett Leroy Pfeiff,

    Defendants/Counterclaim Plaintiffs.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order to Extend Rebuttal Expert Disclosure Deadline** [#92][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#92] is **GRANTED**. The Scheduling Order entered on September 4, 2013 [#30], and amended on October 16, 2013 [#42], January 3, 2014 [#62], and April 8, 2014 [#82], is further modified to extend the following

---

[1] "[#92]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

1

deadline:

- Rebuttal Expert Disclosure Deadline          **June 26, 2014**

Dated:  June 13, 2014