IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I & J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC

    Plaintiffs/Counterclaim Defendants,

v.

ESTATE OF EVERETT LEROY PFEIFF, and
LINDA PFEIFF, individually,

    Defendants, and

OLDE WORLD DEVELOPMENT, LLC, and
LINDA PFEIFF, as personal representative of the estate of Everett Leroy Pfeiff,

    Defendants/Counterclaim Plaintiffs.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order to Extend Certain Deadlines, So the Parties Can Pursue Mediation** [#117][1] (the "Motion"). In the Motion, the parties ask that certain deadlines set by the Court and the applicable rules be extended "so that they may focus their attention and resources on mediation, which the parties have scheduled for November 5, 2014." *Motion* [#117] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#117] is **GRANTED**. Accordingly, certain

---

[1] "[#117]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

1

deadlines in this case are extended as follows:

- Plaintiffs' Deadline to Submit Corrections to
  Isaac Moradi's Deposition Transcript              **November 12, 2014**
- Defendants' Deadline to file a Reply in Support of
  Their Objection to Recommendation as Ordered
  by the Court [#116]                               **November 21, 2014**
- Plaintiff's Deadline to Challenge Defendants' Answer
  [#115] to Plaintiffs' Second Amended Complaint    **November 24, 2014**
- Deadline to File Responses to Dispositive Motions **December 12, 2014**
- Deadline to File Replies to Dispositive Motions   **December 22, 2014**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 4, 2014 at 10:30 a.m. is **VACATED** and **RESET** to **February 17, 2015** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 10, 2015**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.**

Dated:  August 18, 2014