**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1447-WJM-KLM

ISAAC MORADI, individually and as trustee for the Moradi Family Trust,
FOROUGH MORADI, as trustee for the Saeed and Forough Moradi Family Trust,
MIKE MORADI,
KATINA MORADI,
ALBERT MORADI,
CAROLINE MORADI,
I&J PARTNERSHIP, LP, and
610 SOUTH MAIN, LLC,

      Plaintiffs/Counterclaim Defendants,

v.

ESTATE OF EVERETT LEROY PFEIFF, and
LINDA PFEIFF, individually and as personal representative of the Estate of Everett Leroy Pfeiff,

      Defendants, and

OLDE WORLD DEVELOPMENT, LLC.,

      Defendant/Counterclaim Plaintiff.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss Action, filed June 9, 2015 (ECF No. 125). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his, her or its own attorney's fees and costs.

Dated this 11th day of June, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge